State of Florida ex rel. Railroad Commissioners, Relators, v. Florida East Coast Railway Company, Respondent—Original Proceeding.

Suit dismissed on præcipe of Counsel for Relators.

L. C. Massey, for Relators;

Alex St. Clair-Abrams, for Respondents.

----

C. W. Schmidt et al., Appellants, v. M. E. Gruber, Appellee.

Appeal from decree of the Circuit Court for the County of Dade.

Appeal dismissed on præcipe of counsel for Appellants.

Geo. A. Worley, for Appellants.

----

C. H. Davis, et al., Appellants, v. M. C. Davis, et al., as County Commissioners of Manatee County, Appellees.

Appeal from a decree of the Circuit Court for the County of Manatee.

Appeal dismissed on præcipe of counsel for Appellant.

Sparkman & Carter, and C. T. Curry, for Appellants;

C. C. Whitaker, for Appellees.